FILED
February 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:13-MJ-12-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MARIA ORTIZ-MENDEI, | ) | |
| (Material Witness), | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA ORTIZ-MENDIE, Case No. 2:13-CR-00026-GEB, Charge Material Witness, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $___

      ___   Unsecured Appearance Bond

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond with Surety

      ___   Corporate Surety Bail Bond

      ___   (Other)   _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on February 14, 2013 at 3:15 pm.

By _____
Dale A. Drozd
United States Magistrate Judge